## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jon Devin Canter                                    CHAPTER 7

Debtor(s)

BKY. NO. 26-10542 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Pentagon Federal Credit Union and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*

Denise Carlon
17 Feb 2026, 17:07:30, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 679ed24325e27b8a7c868e2ed3795c324639e6f24e48a9255161056684a3161e