Certificate Number: 13858-PAE-DE-041000485

Bankruptcy Case Number: 26-10542



13858-PAE-DE-041000485

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 20, 2026, at 6:11 o'clock PM EDT, Jon Devin  Canter completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 20, 2026                          By:      /s/Aimee Reardon

                                              Name:   Aimee Reardon

                                              Title:   Counselor