## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                        : Chapter 7

Jon Devin Canter                                             : Case No. 26–10542–pmm
            Debtor(s)

### ORDER
_____

AND NOW, this day , May 27, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                        By The Court

                                        Patricia M. Mayer
                                        Judge, United States Bankruptcy Court


                                                                                19
                                                                           Form 195