United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 26-10542-pmm

Jon Devin Canter                                                          Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                        Page 1 of 3

Date Rcvd: May 27, 2026                 Form ID: 318                        Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jon Devin Canter, 1386 Old Barn Circle, Downingtown, PA 19335-5604 |
| 15103416 | + | ABSM LLC d/b/a Coastal Debt Resolve, 6700 N. Andrews Ave, Ste. 500, Fort Lauderdale, FL 33309-2204 |
| 15103420 | + | Builders FirstSource, 6031 Connection Dr, Suite 400, Irving, TX 75039-2605 |
| 15103421 | + | Canter Companies LLC, 1386 Old Barn Circle, Downingtown, PA 19335-5604 |
| 15103423 | + | Cedar Ridge Capital Corporation, 800 W Main St #1460, Boise, ID 83702-5983 |
| 15103427 | + | Christina Canter, 1386 Old Barn Circle, Downingtown, PA 19335-5604 |
| 15103428 | + | Christopher Bondesen, 234 Laurel Bluff Rd, Kingston, TN 37763-6002 |
| 15103430 | | Department of Education, Federal Loan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |
| 15143965 | + | HIGHLAND HILL CAPITAL LLC, 1545 U.S. 202, Suite 101, Pomona, NY 10970-2951 |
| 15103436 | + | Highland Hill Capital LLC, 1100 Park Central Blvd S. Suite 1200, Pompano Beach, FL 33064-2211 |
| 15103437 | | JD Home Improvement LLC, 3345 Pine Ed, Huntingdon Valley, PA 19006 |
| 15103438 | + | Leake Engineering LLC, 2001 Market St Ste 2500, Philadelphia, PA 19103-7036 |
| 15103441 | | Nassour Creations LLC, 1432 S 23rd St, Philadelphia, PA 19146-4126 |
| 15103443 | + | Nicholas J. Zabala, Law Office LLC, PO Box 1359, Bensalem, PA 19020-8359 |
| 15103446 | + | SAI Engineers, 100 Cambridge Street, 14th Floor 02114-2509 |
| 15103447 | #+ | Santhakumar Subbiah, 133 Bowery Lane, Downingtown, PA 19335-3159 |
| 15103448 | + | Silverman Mechanical II LLC, PO Box 576, Mongaup Valley, NY 12762-0576 |
| 15103450 | + | Summit Electic Contracting Inc., 510 Dr Duggan Rd, White Lake, NY 12786-5813 |
| 15103445 | + | ramin llc, Attn: Ramin Mahmoudian, 2614 Carpenter Rd SE, Lacey, WA 98503-3907 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | EDI: QRHHOLBER.COM | May 28 2026 05:01:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 28 2026 05:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15103417 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 28 2026 01:12:43 | Affirm, Inc., 650 California Street, Fl 12, San Francisco, CA 94108-2716 |
| 15103418 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 28 2026 01:01:00 | Apple Card - GS Bank, 11850 S. Election Rd, Draper, UT 84020-6814 |
| 15103419 | + | Email/Text: bankruptcies@bayfirstfinancial.com | May 28 2026 01:01:00 | BayFirst National Bank, 700 Central Avenue, Saint Petersburg, FL 33701-3631 |
| 15143964 | + | Email/Text: BNCnotices@bblawpllc.com | May 28 2026 01:01:00 | Berkovitch & Bouskila, PLLC, 1545 U.S. 202, Suite 101, Pomona, NY 10970-2951 |

District/off: 0313-2     User: admin     Page 2 of 3

Date Rcvd: May 27, 2026     Form ID: 318     Total Noticed: 45

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15103425 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | May 28 2026 01:01:00 | Cenlar Mortgage, PO Box 77404, Trenton, NJ 08628 |
| 15103429 | | Email/Text: vbacchas@crossriverbank.com | May 28 2026 01:01:00 | Cross River Bank, 2115 Linwood Ave, Fort Lee, NJ 07024 |
| 15103422 | | EDI: CAPITALONE.COM | May 28 2026 05:01:00 | Capital One Bank, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15103424 | | EDI: PHINGENESIS | May 28 2026 05:01:00 | Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 15103426 | + | EDI: JPMORGANCHASE | May 28 2026 05:01:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 15103431 | ^ | MEBN | May 28 2026 00:56:32 | DR Bank, 1001 Post Road, Darien, CT 06820-4553 |
| 15103433 | | Email/Text: bankruptcyfilings@fundbox.com | May 28 2026 01:00:00 | Fundbox, 5760 Legacy Dr, Ste B3-535, Plano, TX 75024 |
| 15103434 | | Email/Text: paulette.yiambilis@fundingmetrics.com | May 28 2026 01:00:00 | Funding Metrics, LLC, 3220 Tillman Drive, Suite 200, Bensalem, PA 19020 |
| 15103439 | | Email/Text: paulette.yiambilis@fundingmetrics.com | May 28 2026 01:00:00 | Lendini, 3220 Tillman Drive, Suite 200, Bensalem, PA 19020 |
| 15103432 | + | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 28 2026 01:00:00 | Firstmark/Key Bank, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 15103435 | + | Email/Text: bankruptcy@ondeck.com | May 28 2026 01:01:00 | Headway Capital, LLC, 4700 W. Daybreak Pkwy., Suite 200, UT 84009-5133 |
| 15103440 | + | Email/Text: bankruptcy@bbandt.com | May 28 2026 01:01:00 | Lightstream, PO Box 849, Wilson, NC 27894-0849 |
| 15103442 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 28 2026 01:01:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15103444 | + | EDI: SYNC | May 28 2026 05:01:00 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 15103449 | + | Email/Text: bankruptcynotices@sba.gov | May 28 2026 01:00:00 | Small Business Administration, 409 3rd St, SW, Washington, DC 20416-0002 |
| 15103451 | | EDI: SYNC | May 28 2026 05:01:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965065, Orlando, FL 32896-5065 |
| 15103452 | + | Email/Text: UpStart@ebn.phinsolutions.com | May 28 2026 01:01:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 15103453 | + | EDI: VERIZONCOMB.COM | May 28 2026 05:01:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 15103454 | ^ | MEBN | May 28 2026 00:56:53 | WebBank, c/o QuickBooks Capital, P.O. Box 842978, Dallas, TX 75284-0297 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2                    User: admin                              Page 3 of 3
Date Rcvd: May 27, 2026                 Form ID: 318                             Total Noticed: 45

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| MATTHEW K. FISSEL | on behalf of Creditor Pentagon Federal Credit Union bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| PAUL J. WINTERHALTER | on behalf of Debtor Jon Devin Canter pwinterhalter@offitkurman.com  cballasy@offitkurman.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jon Devin Canter | Social Security number or ITIN   xxx–xx–1344 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   26–10542–pmm

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jon Devin Canter

5/26/26

**By the court:**  Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**